

**ORDERED in the Southern District of Florida on February 4, 2022.**

      Robert A. Mark, Judge
      United States Bankruptcy Court

      **UNITED STATES BANKRUPTCY COURT**
      **SOUTHERN DISTRICT OF FLORIDA**
      **MIAMI DIVISION**

```
_____
                               )
In re                          )     CASE NO. 22-10474-RAM
                               )
MATTIE MURRAY ROBERTS,         )     CHAPTER 13
                               )
        Debtor.                )
_____)
```

### ORDER GRANTING, IN PART, MOTION TO ENFORCE STAY

On February 4, 2022, the Court docketed the Debtor's Motion for Stay of Eviction and Relief Due to Harassment From Eviction Attorneys (the "Motion") [DE #12]. In her Motion, the Debtor states that she was served with an eviction notice after she filed her petition for bankruptcy relief. The Court is not making any findings of fact based on the Debtor's Motion. Having reviewed the record in this case and in the bankruptcy cases previously filed by the Debtor, the

Court finds only that the automatic stay presently is in effect in this bankruptcy case. Therefore, it is –

**ORDERED** that the Motion is granted in part. The Court confirms that the automatic stay imposed by 11 U.S.C. § 362(a) presently is in effect in this case.

###

**CLERK TO SERVE:**

Mattie Murray Roberts
1911 NW 76th Street
Miami, FL 33147

Robertson, Anschutz, Schneid, Crane & Partners
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487